USDC SCAN INDEX SHEET










```
ANDY    8/7/03    10:01
3:02-CV-01325    MALDONADO V. CITY OF SAN DIEGO
*19*
*AMDCMP.*
```

James E. Dunn - State Bar Number 188040
Attorney at Law
110 West C Street, Suite 1407
San Diego, California 92101
Telephone: 619-234-5778

Attorney for Robert Maldonado

FILED
AUG - 6 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MALDONADO, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN DIEGO, CITY OF CHULA VISTA, MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT, CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33, <br><br> Defendants. | Case No: 02cv1325 B (NLS) <br><br> FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL <br><br> 1. 42 U.S.C. § 1983 et seq. Civil Rights Violations (Fourth Amendment) <br> 2. Unlawful Policies, Customs or Habits <br> 3. Unlawful Entry/Trespass <br> 4. False Imprisonment <br> 5. Intentional Infliction of Emotional Distress <br> 6. Negligence |

Plaintiff alleges:

## JURISDICTION

1. This is a lawsuit for money damages and is brought pursuant to 42 U.S.C. S 1983, et seq., and the Fourth and Fourteenth Amendments to the United States Constitution, for personal

First Amended Complaint for Damages - 1

injuries and violation of constitutional rights by Defendants CITY OF SAN DIEGO, CITY OF CHULA VISTA , MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT, CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33. Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT, and CHULA VISTA POLICE OFFICER GIAMES ID # 701, were named in the "Complaint for Damages" as "Doe" defendants. Jurisdiction is founded on 28 U.S.C. Section 1331 and 1343 and the aforementioned statutory and Constitutional provisions. State claims of Unlawful Entry/Trespass, False Imprisonment, Intentional Infliction of Emotional Distress, and Negligence, are alleged as well. Plaintiff invokes the court's supplemental jurisdiction to consider these state law claims.

## GENERAL ALLEGATIONS

2. Plaintiff is and was at all material times mentioned herein a resident of the County of San Diego, State of California.

3. At all times mentioned herein MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT, CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 were employees of Defendant CITY OF SAN DIEGO or Defendant CITY OF CHULA VISTA , and in doing the acts hereinafter described acted within the course and scope of their employment. The acts of all defendants and each of them, were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. The individual defendant named above and DOES 1 through 34 are sued individually and in their capacities as employees of the CITY OF SAN DIEGO or CITY OF CHULA VISTA.

4. Defendants CITY OF SAN DIEGO and CITY OF CHULA VISTA are a public entities existing under the laws of the State of California and the employers of the individual Defendants named above.

5. The true names or capacities whether individual, corporate, associate or otherwise, of Defendants named herein as DOES 1 through 34 are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff will amend this complaint to show said Defendants' true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that all Defendants sued herein as DOES are in some manner responsible for the acts and injuries alleged herein.

6. Plaintiff is informed and believes and therefore alleges that at all times mentioned herein each of the Defendants was the agent, servant and/or employee of each of the remaining Defendants and were, in doing the acts herein alleged, acting within the course and scope of this agency and/or employment and with the permission, consent and authority of their co-Defendants and each of them, and each is responsible in some manner for the occurrences hereinafter alleged; and that Plaintiff's injuries were proximately caused by the actions of each.

7. Plaintiff filed timely claims with both the CITY OF SAN DIEGO and the CITY OF CHULA VISTA that were both rejected. The state law claims alleged herein are timely and in compliance with the California Government Tort Claims Act.

## FACTUAL ALLEGATIONS

8. On August 25, 2001, at approximately 7:30 a.m., the claimant was sleeping on the second level of his residence located at 590 Pathos Place, Chula Vista, California 91910.

9. The Claimant was awakened by noise downstairs, got up, looked over the balcony into the living room below. He was met with screams of "police" by a policeman who pointed his gun at the claimant. Several other policemen, from both the SAN DIEGO Police Department and from the CHULA VISTA Police Department, entered the living room from the kitchen also with

guns drawn. The officers who entered Mr. MALDONADO's home did so a the request of defendants GASCA and BEERY. The defendants who made the physical entry into Mr. Maldonado's home included defendants ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT and CHULA VISTA POLICE OFFICER GIAMES ID # 701.

10. One policeman went up the stairs and restrained the underwear-clad claimant and brought him downstairs and sat him on the couch. The police rummaged around the house and demanded identification. The claimant complied with all requests. They asked if he had ever been arrested and if there were any firearms in the house. Claimant answered their questions.

11. After a time, the police responded to plaintiff's inquiries on why they were there and what was going on. The police said that his car had been stolen. The plaintiff became very afraid because his father took the car on a church sponsored camping trip with his nephews. The police suggested that his father was carjacked or somehow harmed as the car had been stolen and his father not found.

12. Frightened and upset, the claimant could not provide details about the camping trip and said he would call his sister in Arizona as it was her children who had accompanied his father. He made the call. The police took over the phone and spoke to the claimant's brother in law who provided details on the location of the father, a campsite near Julian. Ultimately, after several hours, the father was contacted who informed the police he had his car ruling out any theft.

13. The police from both the CITY OF SAN DIEGO and the CITY OF CHULA VISTA intentionally allowed the claimant to believe harm had come to his family or negligently allowed the claimant to so believe without any reasonable basis.

14. These acts were done without a warrant, without consent, and without any exigent circumstances.

///

First Amended Complaint for Damages - 4

## FIRST CAUSE OF ACTION
[42 U.S.C. § 1983 Constitutional Violations-
Unlawful Search and Seizure/Excessive Force against
all defendants]

15. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 14 above as though fully set forth herein.

16. As a result of the acts alleged above, particularly the unlawful entry and trespass described above, Plaintiff was unlawfully seized by Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 without a warrant or probable cause. Thus, Plaintiff suffered an unlawful search and seizure in violation of his constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. S 1983, et seq. in an amount to be proven at trial.

17. As a further result of the acts alleged above, particularly the unjustified and unnecessary use of force on Plaintiff, specifically pointing loaded weapons at Plaintiff, Defendants used unnecessary, unjustified and excessive force upon Plaintiff by pointing their loaded guns at him. This unreasonable and excessive force constituted an unlawful seizure, in violation of Plaintiff's constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. S 1983 in an amount to be proven at trial.

18. As a proximate result of the acts alleged above, Plaintiff was injured in mind and body. Plaintiff suffered extreme humiliation and loss of his freedom and liberty as a result of the unlawful acts of Defendants. Plaintiff further suffered severe emotional distress as a result of the acts of Defendants. Plaintiff is therefore entitled to general and compensatory damages in an amount to be proven at trial.

First Amended Complaint for Damages - 5

19. In committing the acts alleged above, Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 acted maliciously and/or was guilty of a wanton and reckless disregard for the rights, feelings and safety of Plaintiff, and by reason thereof Plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

### SECOND CAUSE OF ACTION
[42 U.S.C. S 1983 Constitutional Violations via
Unlawful Policies, Customs or Habits against
CITY OF SAN DIEGO and CITY OF CHULA VISTA ]

20. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 19 above as though fully set forth herein.

21. On information and belief Plaintiff alleges that Defendant CITY OF SAN DIEGO or CITY OF CHULA VISTA , through its police department, has unlawful policies, customs and habits of improper and inadequate hiring, training, retention, discipline and supervision of its police officers, including the individual Defendants named herein, legally causing the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. 1983, in an amount to be proven at trial.

22. Further, on information and belief Plaintiff alleges that Defendant CITY OF SAN DIEGO or CITY OF CHULA VISTA , through its police department, has an unlawful policy, custom or habit of permitting or condoning the unnecessary and unjustified use of force by police officers, including Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33, and of permitting or condoning attitude arrests and/or acts of unreasonable force related thereto by its officers, including the individual Defendant named herein. Defendant CITY OF SAN DIEGO or CITY

OF CHULA VISTA has a further unlawful policy, custom and habit of inadequate training, supervision and disciplining of errant officers, including Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33.

23. Defendant City has a further unlawful custom, policy and habit of permitting or condoning unlawful detention, arrest, booking and incarceration procedures and practices by its officers. Said unlawful policies, customs and habits proximately caused the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, in an amount to be proven at trial.

24. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged in paragraph 18 above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
[Unlawful Entry/Trespass]

25. Plaintiffs' asserts and realleges the allegations contained in Paragraphs 1 through 24 as though fully set forth here.

26. By their actions, Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 unlawfully entered onto the property of Plaintiff without a warrant or any other lawful justification.

27. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged in paragraph 18 above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

///

## FOURTH CAUSE OF ACTION
[False imprisonment]

28. Plaintiffs' asserts and realleges the allegations contained in Paragraphs 1 through 27 as though fully set forth here.

29. By their actions, Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 detained, harassed, intimidated, and interrogated Plaintiff in his residence in the CITY OF CHULA VISTA, State of California, where Plaintiff was so detained and his privacy violated until securing their release by proving their demonstrating their innocence.

30. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged in paragraph 18 above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION
[Intentional Infliction of Emotional Distress]

31. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 30 above as though fully set forth herein.

32. The conduct alleged above was intentional and malicious and done for the purpose of causing Plaintiffs to suffer humiliation, mental anguish, and emotional and physical distress. Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 conduct were with a wanton disregard of the consequences.

33. As a legal cause of the acts of Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33, Plaintiffs have

suffered humiliation, mental anguish, and emotional and physical distress, and have been injured in mind and body.

34. In committing the acts alleged above, Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33 acted maliciously and/or was guilty of a wanton and reckless disregard for the rights and feelings of plaintiff, and by reason thereof plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

### SIXTH CAUSE OF ACTION
[Negligence against all Defendants]

35. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 34 above as though fully set forth herein.

36. By the acts alleged above, Defendants and each of them were negligent and breached their duty of due care owed to plaintiff, thereby causing the injuries and emotional distress described in the First and Fifth Causes of Action, and the damages described in paragraph 18 above.

37. Further, Defendant CITY OF SAN DIEGO and CITY OF CHULA VISTA were negligent in the hiring, training, retention and supervision of the Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT CHULA VISTA POLICE OFFICER GIAMES ID # 701, AND DOES 1 – 33, thereby causing the injuries and emotional distress described in the First and Second Causes of Action, and the damages described in paragraph 18 above. Plaintiff is therefore entitled to general and compensatory damages in an amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

First Amended Complaint for Damages - 9

1. For general and compensatory damages against Defendants and each of them in an amount to be proven at trial;

2. For exemplary and punitive damages against Defendants MARTHA GASCA, STEVEN BEERY, ALONZA ALEXANDER, ROMAN GRANADOS, ERIC THUNBERG, MARK WIDTFELDT, and CHULA VISTA POLICE OFFICER GIAMES ID # 701, only, in an amount to be proven at trial;

3. For costs of suit herein, including reasonable attorneys fees; and

4. For such other and further relief as the Court deems proper.

Dated: 4/18/03

James E. Dunn, Attorney for
Plaintiff Robert Maldonado

### Demand for Jury Trial

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands trial by jury in this action for all appropriate issues so triable.

Dated: 4/18/03

James E. Dunn, Attorney for
Plaintiff Robert Maldonado

1 | MALDONADO v. CITY OF SAN DIEGO, et al.; 02cv1325 B (NLS)

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of San Diego County. I am over the age of 18 years and not a party to the within action. My office address is 110 West "C" Street, Ste. 2108, San Diego, California 92101.

On the 5th day of AUGUST, 2003 I caused to be delivered by U.S. Mail the

1. **First Amended Complaint**

to the following party:

Andrew Jones
Deputy City Attorney
Eleventh Floor
1200 Third Avenue
San Diego, CA 92101

Bart Miesfeld
Deputy City Attorney
City of Chula Vista
276 Fourth Avenue
Chula Vista, CA 91910

Pamela Wallach
Daley & Heft
462 Steven Avenue, Suite 201
Solana Beach, CA 92075

By placing it into an envelope, affixing proper postage, and then depositing it in the U.S. Mail in San Diego, California.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of AUGUST, 2003, at San Diego, California.

_____
Declarant